UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RASHA JAHAAD CUMMINGS,**

    **Plaintiff,**

v.                                       Case No. 5:22-cv-163-TKW/MJF

**BART LOWRY and GULF COUNTY DETENTION FACILITY,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for failure to prosecute (including his failure to keep the Court apprised of his current address),[1] failure to comply with court orders, and failure to pay the filing fee. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The Report and Recommendation and a prior Order were returned as undeliverable by the post office. *See* Docs. 10, 12.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 27th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**